UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61213-CIV-SMITH/VALLE

STEPHEN WATKINS,

      Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

      Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE**

      This matter is before the Court on the Report and Recommendation to the District Judge [DE 33] of Magistrate Judge Valle. In the Report and Recommendation, Magistrate Judge Valle recommends granting Plaintiff's Motion for Summary Judgment [DE 21] and denying Defendant's Motion for Summary Judgment [DE 26]. The Report and Recommendation recommends reversing the Administrative Law Judge's (ALJ) decision and remanding the case. Neither party has filed Objections. Because the Magistrate Judge correctly found that substantial evidence does not support the findings of the ALJ, the Court affirms and adopts the Magistrate Judge's Report and Recommendation to the District Judge, grants Plaintiff's Motion for Summary Judgment, and denies Defendant's Motion for Summary Judgment.

      The Court having reviewed, *de novo*, the Report and Recommendation to District Judge and the record, it is hereby

      **ORDERED** that:

      (1)    The Report and Recommendation to the District Judge [DE 33] of Magistrate Judge Valle is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order;

      (2)    Defendant's Motion for Summary Judgment [DE 25] is **DENIED**;

(3)     Plaintiff's Motion for Summary Judgment [DE 23] is **GRANTED**;

(4)     The Clerk is directed to **REMAND** this case to the Social Security Administration;

(5)     All pending motions not otherwise ruled upon in this Order are **DENIED AS MOOT**; and

(6)     This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 8th day of December, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record