UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61213-CIV-SMITH/VALLE

STEPHEN WATKINS,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Plaintiff's Unopposed Motion and Petition for Attorney's Fees [DE 36], which recommends granting Plaintiff's Consent Motion and Petition for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C.A. § 2412(d) [DE 35]. No objections have been filed.

Accordingly, having reviewed the Report and Recommendation, Plaintiff's Motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation on Plaintiff's Unopposed Motion and Petition for Attorney's Fees [DE 36] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Consent Motion and Petition for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C.A. § 2412(d) [DE 35] is **GRANTED**. Plaintiff is awarded

$7,167.94 in attorney's fees, to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 11th day of January, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record